IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William Wells, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00217 |
| v. | : | Judge Sargus |
| Brandon Rhodes, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Defendant D.G.'s June 4, 2012 request for an order staying plaintiffs' motion for summary judgment against defendant D.G. and clarifying this Court's December 7, 2011 Order granting default judgment (doc. 97) is GRANTED in part. Briefing on plaintiffs' motion for summary judgment is STAYED pending a decision on the motion for reconsideration. Defendants are DIRECTED to file a response to plaintiff's motion for summary judgment twenty-one (21) days following any decision denying the motion for reconsideration.

s/ Mark R. Abel
United States Magistrate Judge