UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM WELLS, *et al.*,

    Plaintiffs,

v.

BRANDON RHODES, *et al.*,

    Defendants.

Case No. 2:11-CV-00217
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

If counsel for Defendants Larry, Alise, and Dylon Gandee wishes to respond to Plaintiffs' Motion to Compel (ECF No. 114), he is **DIRECTED** to do so on or before **MONDAY, JUNE 24, 2013**. Absent a response, the Court will consider the Motion unopposed.

**IT IS SO ORDERED.**

\_\_6-17-2o13_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE