UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM WELLS, *et al.*,

      Plaintiffs,

v.

BRANDON RHODES, *et al.*,

      Defendants.

Case No. 2:11-CV-00217
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

At the July 11, 2013 Final Pretrial Conference it became clear that there is still an unresolved dispute among the parties as to whether there are any active remaining claims against Defendant D.G. in this case. The Court will hold a telephone **STATUS CONFERENCE** on **FRIDAY JULY 12, 2013** at **10:00 a.m.** to discuss this matter and how the Court will proceed. Counsel for all parties will be expected to participate in the conference.

**IT IS SO ORDERED.**

7-11-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE