UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM WELLS, *et al.*,

    Plaintiffs,

v.

BRANDON RHODES, *et al.*,

    Defendants.

Case No. 2:11-CV-00217
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

### ORDER

This matter was set for a jury trial on July 22, 2013. Prior to the beginning of trial, the parties informed the Court that Plaintiffs and Defendant Rhodes have reached an agreement as to settlement. In light of these circumstances, Defendant Rhodes' Motion for Judgment as a Matter of Law (ECF No. 125) and Plaintiffs' Motion in Limine (ECF No. 128) are **DENIED** as moot. As detailed in the Court's July 12, 2013 Order, there is still a dispute regarding whether any remaining unresolved claims exist as to Defendant D.G. Accordingly, the briefing and hearing schedule set within the Court's July 12, 2013 Order shall remain intact.

**IT IS SO ORDERED.**

7-22-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE