AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM WELLS, et al.,**

    **Plaintiff,**

**v.**

                           **JUDGMENT IN A CIVIL CASE**

**BRANDON RHODES, et al.,**        **CASE NO. 2:11-CV-00217**
                                     **JUDGE EDMUND A. SARGUS, JR.**
    **Defendants.**               **MAGISTRATE JUDGE MARK R. ABEL**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed February 4, 2014, JUDGMENT is hereby entered. This case is DISMISSED.**

Date: February 4, 2014                      JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk