AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM WELLS, et al.,**

    **Plaintiffs,**

**AMENDED JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  2:11-CV-217**

**BRANDON RHODES, et al.,**     **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed December 16, 2014 and the OPINION AND ORDER filed March 17, 2015, an AMENDED JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 17, 2015                            RICHARD W. NAGEL, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk